IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-49-M-DWM-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KYLE BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on December 4, 2007. Neither party objected and therefore they are not entitled to de novo review of the record.  28 U.S.C. § 636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003).  This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir.

1

2000).

Judge Lynch recommended this Court accept Kyle Brown's guilty plea after Brown appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of Conspiracy to Possess with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 846.

I find no clear error in Judge Lynch's Findings and Recommendation (dkt#22) and I adopt them in full, including the recommendation that the Court defer acceptance of the Plea Agreement in this case until sentencing, when the Court will have reviewed the Plea Agreement and the presentence report.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to change plea (dkt#14) is GRANTED.

DATED this 19th day of December, 2007.

_____
DONALD W. MOLLOY, Chief Judge
United States District Court