IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE BROWN,<br><br>Defendant. | CR 07-49-M-DWM<br><br><br><br>ORDER |

Defendant Kyle Brown has filed an Unopposed Motion to Vacate Preliminary Hearing. Good cause appearing,

The motion is GRANTED.  The preliminary hearing set for July 15, 2020 is VACATED.

DATED this 13th day of July, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1